OFFICE OF
APPELLATE COURTS

JUL 1 5 2014

FILED

STATE OF MINNESOTA

IN SUPREME COURT

A13-1820

In the Matter of the Welfare of the Child of:
R.D.L. and J.W., Parents.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the court of appeals filed March 31,

2014, affirming the termination of appellant R.D.L.'s parental rights, is affirmed. This

order is issued with opinion to follow.

Dated: July 15, 2014

BY THE COURT:

/s/

Lorie S. Gildea
Chief Justice

PAGE, J., dissents.